CERTIFICATE OF SERVICE

      I hereby certify that on October 30, 2013, I served copies of the Court's October 30, 2013 Order for Initial Pretrial Conference, the Court's Individual Practices in Civil Cases, and the SDNY Electronic Case Filing Rules and Instructions on all defendants in *Lobel v. Prizm Associates, Inc., et al.,* 13 Civ. 7617 (KBF), by placing the documents in sealed envelopes, with First Class Postage pre-paid, and depositing the envelopes in a depository at the main U.S. Post Office on 34th Street and 8th Avenue in Manhattan, addressed as follows:

Karina Intriago Gonzalez
Prizm Associates, Inc.
1350 Broadway, Suite 2104
New York, NY  10018

Patrick Mascarenhas, DDS
Tru-Dental, P.C.
1350 Broadway, Suite 2104
New York, NY  10018

David Gonzalez
All Access Dental
288 Main Street
Beacon, NY  12508

Brian Berlandi
Berlandi Nussbaum &
  Reitzas, LLP
517 Rte 22, Suite 2
Pawling, NY  12564

Enrico Romano
14 Reilly Road
Lagrangeville, NY  12540

Dated: New York, New York
       October 31, 2013

                                                            /s/ John J.P. Howley
                                                          John J.P. Howley