Index # **13 civ 7617**

Attorney(s): Purchased/Filed: October 28, 2013

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York      U. S. District Court      Southern Dist. County

Robin S. Lobel

Plaintiff

against

Prizm Associates, Inc., et al

Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**    Approx. Age: 24 Yrs.
Weight: 175 Lbs.   Height: 6' 1"   Sex: Male   Color of skin: White
Hair color: Brown   Other:

Kyle Warner, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on November 4, 2013, at 2:23 pm, at the office of the Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served Summons and Complaint

on **Prizm Associates, Inc.**, the Defendant in this action, by delivering to and leaving with Chad Matice, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this 4th day of November 2013

*Paula J. Cole* (signature)
PAULA J. COLE
NOTARY PUBLIC State of New York
No. 01CO9042670, Albany County
Commission Expires September 30, 2014

*Kyle Warner* (signature)
Kyle Warner

Invoice•Work Order # 1317865