Client Ref.:

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No.: 13 CIV 7617
Filing Date: October 28, 2013

ROBIN S. LOBEL

Plaintiff(s),

vs.

**AFFIDAVIT OF SERVICE**

PRIZM ASSOCIATES, INC.  ET AL

Defendant(s).

State of New York:
County of Dutchess  ss:

**Donald R. Cady**, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **November 02, 2013** at **11:48 AM** at **14 Reilly Road, Lagrangeville, NY 12540**, deponent served the within **Summons in a Civil Action and Complaint** on **ENRICO ROMANO,** (Defendant/Respondent) herein known as the Recipient.

Said service was effected in the following manner;

SUITABLE AGE PERSON:  By delivering a true copy of each to **GINA ROMANO**, the **Wife**, of **ENRICO ROMANO,** a person of suitable age and discretion. That person was also asked by deponent whether said premises was the recipient's dwelling place and their reply was affirmative.

DESCRIPTION:  Deponent further states that the description of the person actually served is as follows:
**Gender: Female    Race/Skin: White    Hair: Black  Other: Pregnant    Age: 25-30    Height: 5'4"-5'8"    Weight: 100-120**

Deponent also enclosed a copy of same in a post paid sealed envelope, properly addressed to recipient at recipient's place of residence at **14 Reilly Road, Lagrangeville, NY 12540** and deposited said envelope in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York on **11/4/2013**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

MILITARY: Deponent asked the person spoken with if the defendant/recipient was in active military service of the United States of America or the State of New York in any capacity and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant/recipient is not in the military service of the United States of America or New York State as that term is defined in the statutes of New York State of the Federal Soldiers and Sailors Civil Relief Act.

X_____
**Donald R. Cady**

Sworn to before me on November 04, 2013

NOTARY PUBLIC
Michele Ann Valenzano
#01VA 6207869
Qualified in Dutchess
Commission Expires June 15, 2017